UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

TELE-PUBLISHING, INC.,

        Plaintiff,

   v.

CHICO COMMUNITY PUBLISHING, INC., d/b/a Sacramento News and Review

        Defendant.

NO. CIV. S 05-1335 MCE GGH

MEMORANDUM AND ORDER

----oo0oo----

    In bringing the present motion, Chico Community Publishing, Inc. ("Defendant") seeks to change venue pursuant to 28 U.S.C. 1404, or in the alternative to have this action stayed. Tele-Publishing, Inc. ("Plaintiff") has filed a notice of assent to Defendant's change of venue motion. Plaintiff's assent is based on a representation that Defendant and Plaintiff will join in a motion to consolidate this action with Tele-Publishing, Inc. v. Andrew B. Sutcliffe et al., pending in the Untied States District Court, District Court of Arizona.

1

1     Given the non-opposition by Plaintiff of Defendant's motion,
2 having reviewed the papers, and good cause appearing therefore,
3 the Defendant's motion for change of venue is GRANTED.

6     IT IS SO ORDERED.

8 DATED: October 3, 2005

                                      _____
                                      MORRISON C. ENGLAND, JR
                                      UNITED STATES DISTRICT JUDGE